AUSA:   Susan Fairchild          Telephone:  (313) 226-9577
AO 91 (Rev. 11/11)  Criminal Complaint          Officer:          Christopher Dodd          Telephone:  (313) 992-5682

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Neudimar BARRIOS-VARGAS | Case: 2:26−mj−30134<br>Assigned To : Unassigned<br>Assign. Date : 3/13/2026<br>Description: RE: NEUDIMAR<br>BARRIOS−VARGAS (EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 9, 2024 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

 Christopher Dodd, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ March 13, 2026 ___

City and state:  Detroit, MI

_____
*Judge's signature*

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

I, Christopher Dodd, declare the following under penalty of perjury:

1.      I am a Deportation Officer with nine years of law enforcement experience currently employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since September 2025. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Neudimar BARRIOS-VARGAS, which reveal the following:

2.      BARRIOS-VARGAS is a twenty-four-year-old citizen and native of Venezuela who last entered the United States on or about December 22, 2023, in El Paso, Texas, without inspection by the U.S. Department of Homeland Security.

3.      On or about October 6, 2023, BARRIOS-VARGAS first entered the United States near Eagle Pass, TX. BARRIOS-VARGAS was encountered by a Del Rio sector Border Patrol Agent who after a brief interview determined that BARRIOS-VARGAS had unlawfully entered the United States from Mexico by crossing the international boundary.  BARRIOS-VARGAS was not inspected or admitted by an Immigration Officer at a port of entry as designated by the Secretary of Homeland Security. BARRIOS-VARGAS admitted to being a citizen and national of Venezuela, with no right to be in or remain in the United States. BARRIOS-VARGAS was placed under arrest, advised of her rights, and transported to the Laredo Sector Enhanced Centralized Processing Center in Laredo, Texas for further processing.

4.      BARRIOS-VARGAS was notified of her right to speak with a consular Officer from her native country. BARRIOS-VARGAS indicated that she understood the right, but declined to contact the Consular Officer at this time.

5.      BARRIOS-VARGAS was processed for an Expedited Removal. BARRIOS-VARGAS was removed to Mexico on November 1, 2023, at the Hidalgo, Texas port of entry.  Her removal was confirmed by completion of Form I-296 by BARRIOS-VARGAS and a United States Border Patrol Agent.

6.      On December 22, 2023, BARRIOS-VARGAS re-entered the United States in El Paso, Texas. She was given a Notice to Appear and on January 9, 2024,

reported to ICE in Detroit, Michigan. BARRIOS-VARGAS is currently in removal proceedings and reporting to Detroit Enforcement Removal Operations on the Alternative to Detention program. ICE ATD programs allow eligible noncitizens age eighteen (18) and older in immigration proceedings who are not detained in an immigration facility to remain in their selected community pending the outcome of their immigration case. It does not give noncitizens lawful status in the United States.  I discovered that BARRIOS-VARGAS should have been processed as a Re-Entry and advised the Office of Principal Legal Advisor OPLA. BARRIOS-VARGAS'S Immigration Proceedings were terminated in the Detroit Immigration court on 3/3/2026.

7.     On March 9, 2026, Enforcement and Removal Operations (ERO) received a notification that BARRIOS-VARGAS had removed her GPS device. Currently her whereabouts are unknown.

8.     I have reviewed BARRIOS-VARGAS' immigration records and Department of Homeland Security electronic records, which revealed that BARRIOS-VARGAS, a native and citizen of Venezuela, who had previously been removed from the United States on November 1, 2023, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

9.     Based on the above information, I believe there is probable cause to conclude that Neudimar BARRIOS-VARGAS, is a non-citizen who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security, to reapply for admission to the United States,  in violation of Title 8, United States Code, Section 1326(a).

_____

Christopher Dodd, Deportation Officer, Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

March 13, 2026